UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA SONDAY,

        Plaintiff,

Case No. 1:19-cv-00645-RJJ-PJG
Honorable Robert J. Jonker
Magistrate Judge Phillip J. Green

-vs-

COREY LAKE ORCHARDS OPERATIONS, LLC,

        Defendant.

---

Mark S. Wilkinson (P68765)
PALADIN EMPLOYMENT LAW, PLLC
Attorney for Plaintiff
251 N. Rose Street, Suite 200, PMB No. 288
Kalamazoo, MI 49007
(269) 978-2474
mark@paladinemploymentlaw.com

Dean T. Yeotis (P41290)
Co-Counsel for Defendant
611 W. Court Street
Flint, MI 48503-5000
(810) 767-6100
deanyeotis@yahoo.com

John R. Prew (P41891)
Katherine E. Ross (P81172)
HARVEY KRUSE, P.C.
Attorney for Defendant
1050 Wilshire Drive, Suite 320
Troy, MI 48084
(248) 649-7800
jprew@harveykruse.com

---

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800

**STIPULATED ORDER FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

    **IN ACCORDANCE** with the stipulation of the parties, as endorsed hereon, and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that the above-entitled claims by Plaintiff against Defendant are hereby dismissed with prejudice and without costs and/or attorney fees.

**THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THIS CASE.**

Dated: May 11, 2020

/s/ Robert J. Jonker
U.S. District Court Judge Robert J. Jonker

Approved:

/s/ Mark S. Wilkinson
Mark S. Wilkinson (P68765)
Attorney for Plaintiff

/s/ John R. Prew
John R. Prew (P41891)
Attorney for Defendant

/s/ Dean T. Yeotis
Dean T. Yeotis (P41290)
Co-Counsel for Defendant

HARVEY KRUSE
ATTORNEYS & COUNSELORS    A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800